B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT  Southern District of New York, Poughkeepsie Division | **PROOF OF CLAIM** |
|---|---|
| Name of Debtor: REPLIQUE D'AMELIO -- SS No. XXX-XX-8626 | Case Number: 10-36642 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
CitiMortgage, Inc.

Name and address where notices should be sent:

CitiMortgage, Inc.
PO Box 140609

Irving, TX 75019-0609

Telephone number: (866)613-5636

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**_____
*(If known)*

Filed on:_____

Name and address where payment should be sent (if different from above):
CitiMortgage, Inc.
P.O. Box 6941

The Lakes, NV 88901-6941
Telephone number: (866)613-5636

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $_____ 389,147.31

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

[X] Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____ 7143

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** [X] Real Estate    ☐ Motor Vehicle    ☐ Other
**Describe:**

**Value of Property:** $_____ **Annual Interest Rate** _____ 4.87500 %

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any:** $_____ 20,268.41    **Basis for perfection:** _____

**Amount of Secured Claim:** $_____ 389,147.31    **Amount Unsecured:** $_____ 0

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(_____).

**Amount entitled to priority:**

$_____ 0

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: 07/07/2010

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

/s/Michelle R. Garcia Bankruptcy Specialist

**FOR COURT USE ONLY**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# Exhibit 'A'

Case No.: 10-36642

Debtors: REPLIQUE D'AMELIO -- SS No. XXX-XX-8626

Address: 25 MARION AVENUE

WAPPINGERS FALLS, NY 12590

Loan No.:7143

On filing petition 06/02/10 debtor(s) owed claimant $389,147.31.

ARREARAGES owed as of 06/02/10, the date of filing of the petition.

| From | To | Type of Charge | # | Unit Charge | Total |
|---|---|---|---|---|---|
| 11/01/2009 | 05/01/2010 | Payment @ 4.87500% | 7 | 2,679.14 | 18,753.98 |
| 06/01/2010 | 06/01/2010 | Payment @ 4.87500% | 1 | 2,929.75 | 2,929.75 |
| | | Accrued Late Charge | - | - | 249.90 |
| | | Foreclosure Fees | - | - | 279.10 |
| | | Late Charge | - | - | 71.40 |
| | | Property Inspection | - | - | 126.00 |
| | | | - | - | - |
| | | | | Subtotal: | 22,410.13 |
| | | | | Less Unapplied Funds: | 2,141.72 |
| | | | | **TOTAL:** | **20,268.41** |

The above figures represent the delinquency at the time of filing and do not reflect payments received after the date of the filing of the bankruptcy.

# First American Title Company National Default Title Services

File Number 50124
Los Angeles, CA 90074-0124
(800) 369-3559

| | | | | |
|---|---|---|---|---|
| Invoice Date: | 09/18/2009 | | Invoice Number: | D5418596A |
| | | | Current Status: | **PAID BY SERVICER** |
| | | | Sequence Number: | |
| Submitted To: | CitiMortgage | | I.E. Batch ID: | |
| | 1000 Technology Drive, MS 314 | | Order Number: | N/A |
| | O'Fallon, MO 63304 | | | |

| | | | | |
|---|---|---|---|---|
| Loan Number: | | | Date Created: | 09/23/2009 |
| Loan Type: | CONVENTIONAL INSURED | | Date Submitted: | 09/23/2009 |
| Investor: | FNMA | | Date Posted: | 10/01/2009 |
| Investor Number: | Unassigned | | Date Paid: | 10/02/2009 |
| Bankruptcy Case Number: | N/A | | Created By: | FirstAm |
| Vendor's File Number: | | | Paid from Account (Check No.): | |
| Borrower's Name: | REPLIQUE AMELIO | | | |
| Property Address: | 25 MARION AVENUE | | | |
| | WAPPINGERS FALLS, NY 12590 | | | |

**TITLE LOSS MITIGATION**
Title Order Date 09/17/2009
Status Reason Description: Invoice posted in iClear Batch #: 11603

| | Item Code | Item Description | Related Dates | R | Qty | Qty Type | Rate | Adjustment | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 52241 | Recording Charges -TLM - Title | Completed: 09/18/2009 | Y | 1.00 | Flat | $75.00 | $0.00 | **$75.00** |

Total Title LossMit Costs: $75.00
**Grand Total: $75.00**

# First American Title Company National Default Title Services

File Number 50124
Los Angeles, CA 90074-0124
(800) 369-3559

| | | | |
|---|---|---|---|
| Invoice Date: | 09/28/2009 | Invoice Number: | D5418596B |
| | | Current Status: | **PAID BY SERVICER** |
| | | Sequence Number: | |
| Submitted To: | CitiMortgage | I.E. Batch ID: | |
| | 1000 Technology Drive, MS 314 | Order Number: | N/A |
| | O'Fallon, MO 63304 | | |

| | | | |
|---|---|---|---|
| Loan Number: | | Date Created: | 10/07/2009 |
| Loan Type: | CONVENTIONAL INSURED | Date Submitted: | 10/07/2009 |
| Investor: | FNMA | Date Posted: | 10/14/2009 |
| Investor Number: | Unassigned | Date Paid: | 10/15/2009 |
| Bankruptcy Case Number: | N/A | Created By: | FirstAm |
| Vendor's File Number: | | Paid from Account (Check No.): | |
| Borrower's Name: | REPLIQUE AMELIO | | |
| Property Address: | 25 MARION AVENUE | | |
| | WAPPINGERS FALLS, NY 12590 | | |

**TITLE LOSS MITIGATION**
Title Order Date 09/17/2009
Status Reason Description: Invoice posted in iClear Batch #: 11612

| | Item Code | Item Description | Related Dates | R | Qty | Qty Type | Rate | Adjustment | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 52241 | Recording Charges -TLM - Title | Completed: 09/28/2009 | Y | 1.00 | Flat | $204.10 | $0.00 | **$204.10** |

Total Title LossMit Costs: $204.10
**Grand Total: $204.10**



**Safeguard Properties**
7887 Safeguard Circle
Valley View, OH 44125
Toll Free 800.852.8306
Fax 216.739.2700
www.safeguardproperties.com

# INVOICE  8454231

| **Invoice Date** | REPLIQUE D AMELIO |
|---|---|
| 4/17/2009 | 25 MARION AVENUE |
|  | WAPPINGERS FALLS, NY 12590 |

**To**
CITIMORTGAGE INC.
COLLECTIONS
1000 TECHNOLOGY DR
O FALLON, MO 63368

| Customer Information | |
|---|---|
| Loan Type | FNM |
| Loan Number | 7143 |
| Investor Number | STL |

**Remit To:**
**P.O. Box 714441**
**Columbus, OH 43271-4441**

**Work Order #**

**Work Ordered**  CONTACT ATTEMPT

| Description | Units | Total Price |
|---|---|---|
| CONTACT ATTEMPT | 1 @ $15.00 | $15.00 |

| Terms: Net 10 Days | Date Completed | 4/16/2009 | Please Pay This Amount | $117,312.00 |
|---|---|---|---|---|
|  | Credits: | $117,327.00 | Net Due: | $-15.00 |

Page 1 of 1

07 07 2010, 10:42:32 EST



7887 Safeguard Circle
Valley View, OH 44125
Toll Free 800.852.8306
Fax 216.739.2700
www.safeguardproperties.com

**INVOICE** 10724877

| | To |
|---|---|
| | CITIMORTGAGE INC.<br>COLLECTIONS<br>1000 TECHNOLOGY DR<br>O FALLON, MO 63368 |

**Invoice Date**
10/30/2009

REPLIQUE D AMELIO
25 MARION AVENUE
WAPPINGERS FALLS, NY 12590

| Customer Information | |
|---|---|
| Loan Type | FNM |
| Loan Number | 7143 |
| Investor Number | STL |

**Remit To:**
**P.O. Box 714441**
**Columbus, OH 43271-4441**

**Work Order #**

**Work Ordered**    INITIAL FIELD INSPECTION

| Description | Units | Total Price |
|---|---|---|
| INITIAL FIELD INSPECTION | 1 @ $15.00 | $15.00 |

| **Terms: Net 10 Days** | **Date Completed** | 10/16/2009 | **Please Pay This Amount** | $1,486,287.00 |
|---|---|---|---|---|
| | **Credits:** | $923,592.00 | **Net Due:** | $562,695.00 |

Page 1 of 1

07 07 2010, 10:41:59 EST



7887 Safeguard Circle
Valley View, OH 44125
Toll Free 800.852.8306
Fax 216.739.2700
www.safeguardproperties.com

**INVOICE**  11071489

| **Invoice Date** | REPLIQUE D AMELIO |
|---|---|
| 11/20/2009 | 25 MARION AVENUE |
|  | WAPPINGERS FALLS, NY 12590 |

**To**
CITIMORTGAGE INC.
COLLECTIONS
1000 TECHNOLOGY DR
O FALLON, MO 63368

| Customer Information ||
|---|---|
| Loan Type | FNM |
| Loan Number | 7143 |
| Investor Number | STL |

**Remit To:**
**P.O. Box 714441**
**Columbus, OH 43271-4441**

**Work Order #**

**Work Ordered**   VERIFY IF OCCUPIED,VACANT

| Description | Units | Total Price |
|---|---|---|
| VERIFY IF OCCUPIED,VACANT | 1 @ $15.00 | $15.00 |

| **Terms: Net 10 Days** | **Date Completed** | 11/15/2009 | **Please Pay This Amount** | $785,055.00 |
|---|---|---|---|---|
| | **Credits:** | $785,055.00 | **Net Due:** | $0.00 |

Page 1 of 1

07 07 2010, 10:41:21 EST



# INVOICE  11317713

**Invoice Date**  
12/18/2009

REPLIQUE D AMELIO  
25 MARION AVENUE  
WAPPINGERS FALLS, NY 12590

**To**  
CITIMORTGAGE INC.  
COLLECTIONS  
1000 TECHNOLOGY DR  
O FALLON, MO 63368

| Customer Information | |
|---|---|
| Loan Type | FNM |
| Loan Number | 7143 |
| Investor Number | STL |

**Remit To:**  
**P.O. Box 714441**  
**Columbus, OH 43271-4441**

**Work Order #**  
**Work Ordered**   CONTACT ATTEMPT

| Description | Units | Total Price |
|---|---|---|
| CONTACT ATTEMPT | 1 @ $13.50 | $13.50 |

| Terms: Net 10 Days | Date Completed | 12/16/2009 | Please Pay This Amount | $334,288.50 |
|---|---|---|---|---|
| | Credits: | $334,288.50 | Net Due: | $0.00 |

Page 1 of 1

07 07 2010, 10:40:44 EST



7887 Safeguard Circle
Valley View, OH 44125
Toll Free 800.852.8306
Fax 216.739.2700
www.safeguardproperties.com

**INVOICE** | 11606474

| | To |
|---|---|
| **Invoice Date** | CITIMORTGAGE INC. |
| 1/22/2010 | COLLECTIONS |
| | 1000 TECHNOLOGY DR |
| | O FALLON, MO 63368 |

REPLIQUE D AMELIO
25 MARION AVENUE
WAPPINGERS FALLS, NY 12590

| Customer Information | |
|---|---|
| Loan Type | FNM |
| Loan Number | 7143 |
| Investor Number | STL |

**Remit To:**
**P.O. Box 714441**
**Columbus, OH 43271-4441**

**Work Order #**

**Work Ordered**     CONTACT ATTEMPT

| Description | Units | Total Price |
|---|---|---|
| CONTACT ATTEMPT | 1 @ $13.50 | $13.50 |

**Terms: Net 10 Days**    **Date Completed**    1/15/2010    **Please Pay This Amount**    $1,228,143.00

Page 1 of 1

07 07 2010, 10:39:57 EST



# INVOICE | 11857564

| | |
|---|---|
| **Invoice Date** | REPLIQUE D AMELIO |
| 2/19/2010 | 25 MARION AVENUE |
| | WAPPINGERS FALLS, NY 12590 |

**To**
CITIMORTGAGE INC.
COLLECTIONS
1000 TECHNOLOGY DR
O FALLON, MO 63368

| Customer Information | |
|---|---|
| Loan Type | FNM |
| Loan Number | )7143 |
| Investor Number | STL |

**Remit To:**
**P.O. Box 714441**
**Columbus, OH 43271-4441**

**Work Order #**

**Work Ordered**   CONTACT ATTEMPT

| Description | Units | Total Price |
|---|---|---|
| CONTACT ATTEMPT | 1 @ $13.50 | $13.50 |

| Terms: Net 10 Days | Date Completed | 2/17/2010 | Please Pay This Amount | $626,332.50 |
|---|---|---|---|---|
| | Credits: | $626,319.00 | Net Due: | $13.50 |

Page 1 of 1

07 07 2010, 10:39:19 EST



7887 Safeguard Circle
Valley View, OH 44125
Toll Free 800.852.8306
Fax 216.739.2700
www.safeguardproperties.com

**INVOICE** | 12187251

| | To |
|---|---|
| | CITIMORTGAGE INC.
COLLECTIONS
1000 TECHNOLOGY DR
O FALLON, MO 63368 |

**Invoice Date**
3/26/2010

REPLIQUE D AMELIO
25 MARION AVENUE
WAPPINGERS FALLS, NY 12590

| Customer Information | |
|---|---|
| Loan Type | FNM |
| Loan Number | 7143 |
| Investor Number | STL |

**Remit To:**
**P.O. Box 714441**
**Columbus, OH 43271-4441**

**Work Order #**

**Work Ordered**   CONTACT ATTEMPT

| Description | Units | Total Price |
|---|---|---|
| CONTACT ATTEMPT | 1 @ $13.50 | $13.50 |

| Terms: Net 10 Days | Date Completed | 3/18/2010 | Please Pay This Amount | $854,455.50 |
|---|---|---|---|---|
| | Credits: | $854,469.00 | Net Due: | $-13.50 |

Page 1 of 1

07 07 2010, 10:38:33 EST



**7887 Safeguard Circle**
**Valley View, OH 44125**
Toll Free 800.852.8306
Fax 216.739.2700
www.safeguardproperties.com

# INVOICE  12504488

| | |
|---|---|
| **Invoice Date** | REPLIQUE D AMELIO |
| 4/23/2010 | 25 MARION AVENUE |
| | WAPPINGERS FALLS, NY 12590 |

**To**
CITIMORTGAGE INC.
COLLECTIONS
1000 TECHNOLOGY DR
O FALLON, MO 63368

| Customer Information | |
|---|---|
| Loan Type | FNM |
| Loan Number | 7143 |
| Investor Number | STL |

**Remit To:**
**P.O. Box 714441**
**Columbus, OH 43271-4441**

**Work Order #**

**Work Ordered**    CONTACT ATTEMPT

| Description | Units | Total Price |
|---|---|---|
| CONTACT ATTEMPT | 1 @ $13.50 | $13.50 |

| | | | | |
|---|---|---|---|---|
| **Terms: Net 10 Days** | **Date Completed** | 4/17/2010 | **Please Pay This Amount** | $887,341.50 |
| | **Credits:** | $886,045.50 | **Net Due:** | $1,296.00 |

Page 1 of 1

07 07 2010, 10:37:29 EST



7887 Safeguard Circle
Valley View, OH 44125
Toll Free 800.852.8306
Fax 216.739.2700
www.safeguardproperties.com

**INVOICE** | 13417057

**To**
**CITIMORTGAGE INC.**
**BANKRUPTCY DEPARTMENT MS#322**
**1000 TECHNOLOGY DR**
**O FALLON, MO 63368**

**Invoice Date**

REPLIQUE D AMELIO
25 MARION AVENUE
WAPPINGERS FALLS, NY 12590

| Customer Information | |
|---|---|
| Loan Type | FNM |
| Loan Number | 7143 |
| Investor Number | STL |

**Remit To:**
**P.O. Box 714441**
**Columbus, OH 43271-4441**

**Work Order #**

**Work Ordered**     BANKRUPTCY - NO CONTACT!!

| Description | Units | Total Price |
|---|---|---|
| BANKRUPTCY - NO CONTACT!! | 1 @ $13.50 | $13.50 |

**Terms: Net 10 Days**  **Date Completed**    **Please Pay This Amount**  $123,349.50

Page 1 of 1

07 07 2010, 10:36:25 EST