RETURN TO:
M. E. Wileman
Orion Financial Group, Inc.
2860 Exchange Blvd. # 100
Southlake, TX 76092        **Assignment of Mortgage**        Send Any Notices To Assignee.

For Valuable Consideration, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") SOLELY AS NOMINEE FOR LEHMAN BROTHERS BANK, FSB, A FEDERAL SAVINGS BANK G4318 Miller Road, Flint, MI 48507 (Assignor) by these presents does assign, and set over, without recourse, to CITIMORTGAGE, INC. 4050 Regent Blvd., Mail Stop N2A-222, Irving, TX 75063 (Assignee) the described mortgage, together with certain note(s) described with all interest, all liens, any rights due or to become due thereon, executed by BARBARA FRUSCIANTE K/K/A BARBARA J. SARFATY to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ('MERS') SOLELY AS NOMINEE FOR LEHMAN BROTHERS BANK, FSB, A FEDERAL SAVINGS BANK.   Said mortgage Dated: 10/16/2003 is recorded in the State of NY, County of Westchester on 3/31/2004, as Control# 440580510 AMOUNT: $ 227,500.00  CITY OF YONKERS NO ASSIGNMENTS ON RECORD SECTION 4, BLOCK 4468, LOT 47 Property Address: 152 PEMBROOK DRIVE, YONKERS, NY 10710

This Assignment is not subject to the requirements of Section 275 of the Real Property law, because it is an assignment within the secondary mortgage market.
IN WITNESS WHEREOF, the undersigned corporation has caused this instrument to be executed by its proper officer. Executed on: September 30, 2009

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") SOLELY AS NOMINEE FOR LEHMAN BROTHERS BANK, FSB, A FEDERAL SAVINGS BANK

By: _____
M. Mathews, Authorized Signator

FRUSCIANTE   MAS  *09030516*

State of Texas, County of Tarrant
On September 30, 2009, before me, the undersigned, personally appeared M. Mathews, Authorized Signator, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the County of Tarrant, State of Texas.

Notary public, Julie Bacon
My commission expires: November 30, 2010

JULIE BACON
Notary Public, State of Texas
My Commission Expires
November 30, 2010



626418951 MIN 1000254400001275269 MERS Phone 888-679-6377
NY  Westchester                              CMI/BKRUPTCY/ASN