

The Fannie Mae Loan Lookup enables mortgage borrowers to quickly determine if Fannie Mae owns their loan by pro code.

Street Address *
25 Marion Avenue

Unit

City
WAPPINGERS FALLS

State
NY

Zip Code *
12590

☐ * I confirm that I am the owner of this property, or have the consent of the owner to look up this information.

* Required Fields



Type the two words:

Get Results

The Fannie Ma
borrowers. Fan
guarantee rega
search that res
imply that you v
modification. Inf
return inaccurat
verify these res

For information
Legal Informat

## Match Found.

Based on the property information entered, it appears Fannie Mae owns a loan at this address.

A "Match Found" status does not guarantee or imply that you will qualify for a Making Home Affordable refinance or modification.

If you're interested in a refinance, please contact your mortgage lender or servicer (the organization to whom you make your monthly mortgage payments) to confirm these results and ask about the Home Affordable Refinance Plus program.

You can find more information at **MakingHomeAffordable.gov**.

View **Frequently Asked Questions** for this Loan Lookup tool.

Thank you for contacting Fannie Mae.

If you have que
answer or need
HOPE™ Hotlin
877-304-9709.
and offers free
and other langu

**Know Yo**
**Avoid Fo**



- © 2010 Fannie Mae

- FAQ |
- Site Map |
- Privacy |
- Legal